IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:17-cr-00063(1),(2),(3) |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | **ENDS OF JUSTICE ORDER** |
| ARTNISHA JONES, RONALD SUTTON, and TAMELA JONES, | : | |
| Defendants. | : | |

A status conference in this criminal matter was held on December 20, 2017 at 2:00 p.m. in Courtroom 7. After the case was called, the Court accepted the report of Court Clinic Psychologist Carla S. Dreyer and found Defendant Ronald Sutton COMPETENT to stand trial. It then turned its attention to setting a trial date in accord with 18 U.S.C. § 3161(a). Counsel for Defendant Sutton moved to extend the new trial date beyond the speedy trial calculation, with counsel for Defendant Artnisha Jones and counsel for Tamela Jones joining in his request. The Court asked each Defendant if he or she understood his or her counsel's request. Each Defendant responded affirmatively, and, in turn, orally waived his or her right to a speedy trial. Therefore, based on the agreement of all defense counsel, the oral waivers placed on the record by each Defendant, and the lack of objection by counsel for the Government, **trial is hereby set for February 12, 2018**, with a **final pretrial conference** to occur on **January 25, 2018 at 10:00 a.m.** The Court finds that the ends of justice served by granting a continuance beyond the date established by the speedy trial calculation—permitting all defense counsel the reasonable time necessary for effective preparation in light of their other commitments—outweigh the best interest of the public and these three Defendants to a speedy trial. Thus, the Court finds that the period of time elapsing from today, December 20, 2017, to the trial date of February 12, 2018 is

1

properly, and shall be, excludable from the speedy trial calculation. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

Judge Susan J. Dlott
United States District Court